UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 4:10CR510 HEA |
| | ) |
| YASIN GANIBAIE VAHORA, | ) |
| | ) |
| Defendant. | ) |

## ORDER

**IT IS HEREBY ORDERED** that the sentencing hearing previously set in this matter for Monday, November 14, 2011, is reset to Monday, November 21, 2011, at 11:30 a.m. in the courtroom of the undersigned.

Dated this 9th day of November, 2011.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE