UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) |  |
|---|---|---|
|  | ) |  |
| Plaintiff, | ) |  |
|  | ) |  |
| v. | ) | No. 4:10CR510 HEA |
|  | ) |  |
| ARTHUR DUKES, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

## **ORDER**

**IT IS HEREBY ORDERED** that the sentencing hearing previously set in this matter for Monday, November 28, 2011, is reset to Thursday, December 1, 2011, at 11:15 a.m. in the courtroom of the undersigned.

Dated this 28th day of November, 2011.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE