UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | No. 4:10CR510 HEA |
| MARCIN ZANOWSKI, | ) | |
| Defendant. | ) | |

## ORDER

**IT IS HEREBY ORDERED** that the sentencing hearing previously set in this matter for Monday, December 5, 2011, is reset to Thursday, January 12, 2012, at 10:30 a.m. in the courtroom of the undersigned.

Dated this 5th day of December, 2011.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE